# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS TYLER DIVISION

| | | |
|---|---|---|
| UNILOC USA, INC. and UNILOC LUXEMBOURG S.A. <br><br> v. <br><br> DISTINCTIVE DEVELOPMENTS LTD. | § § § § § § | CIVIL ACTION NO. 6:12-cv-462-LED |
| UNILOC USA, INC. and UNILOC LUXEMBOURG S.A. <br><br> v. <br><br> ELECTRONIC ARTS INC. | § § § § § § | CIVIL ACTION NO. 6:12-cv-463-LED |
| UNILOC USA, INC. and UNILOC LUXEMBOURG S.A. <br><br> v. <br><br> GAMELOFT, S.E. | § § § § § § | CIVIL ACTION NO. 6:12-cv-466-LED |
| UNILOC USA, INC. and UNILOC LUXEMBOURG S.A. <br><br> v. <br><br> HALFBRICK STUDIOS PTY LTD. | § § § § § § | CIVIL ACTION NO. 6:12-cv-467-LED |
| UNILOC USA, INC. and UNILOC LUXEMBOURG S.A. <br><br> v. <br><br> LAMINAR RESEARCH, LLC | § § § § § § | CIVIL ACTION NO. 6:12-cv-468-LED |

| | | |
|---|---|---|
| UNILOC USA, INC. and UNILOC LUXEMBOURG S.A.<br><br>v.<br><br>MOJANG AB | § § § § § § § | CIVIL ACTION NO. 6:12-cv-470-LED |
| UNILOC USA, INC. and UNILOC LUXEMBOURG S.A.<br><br>v.<br><br>SQUARE ENIX, INC. | § § § § § § § | CIVIL ACTION NO. 6:12-cv-472-LED |

**NOTICE OF COMPLIANCE REGARDING PATENT RULES 3-3 and 3-4b**

Pursuant to the Court's Order of December 7, 2012 (Dkt. # 027), Defendants **Distinctive Developments, Inc., Electronic Arts, Inc., Gameloft S.E., Halfbrick Studios Pty Ltd., Laminar Research, LLC, Mojang AB**, and **Square Enix, Inc**. (collectively "Defendants") file this Notice advising this Court that they have complied with Local Patent Rules 3-3 and 3-4b on January 31, 2013.

Dated:   February 1, 2013                    Respectfully submitted,

/s/ Melissa R. Smith
Melissa R. Smith
Texas State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
(903) 934-8450
(903) 934-9257 – fax
melissa@gillamsmithlaw.com

Megan J. Redmond (*pro hac vice*)
Eric A. Buresh (*pro hac vice*)

>Caroline A. Bader (*pro hac vice*)
>ERISE IP, P.A.
>6201 College Blvd., Suite 300
>Overland Park, Kansas 66211
>(913) 777-5600
>(913) 777-5601 – fax
> megan.redmond@eriseip.com
>
>***ATTORNEYS FOR DEFENDANTS DISTINCTIVE DEVELOPMENTS LTD, ELECTRONIC ARTS INC., GAMELOFT S.E., HALFBRICK STUDIOS PTY. LTD., LAMINAR RESEARCH, LLC, MOJANG AB, AND SQUARE ENIX, INC.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this NOTICE OF COMPLIANCE REGARDING PATENT RULES 3-3 and 3-4, via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 1, 2013.

>/s/ *Melissa R. Smith*